1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HENRY PENNINGTON,

    Petitioner,

vs.

SHERIFF GILLESPE, et al.,

    Respondents.

Case No. 3:13-cv-00254-HDM-VPC

**ORDER**

    The court directed petitioner to show cause why this action should not be dismissed because he did not appear to be subject to a judgment of conviction of a state court, nor did he appear to be in the physical custody of respondents.  Order (#5).  The court has tried to send this order to petitioner at two addresses, and both times the mail was returned.  Petitioner has failed to comply with Local Rule LSR 2-2, which requires him to inform the court promptly of any changes in his mailing address.

    Reasonable jurists would not find this decision to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address.  The clerk of the court shall enter judgment accordingly.

///

///

///

1    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

2    DATED: December 3, 2013.

3

4    _____
     HOWARD D. MCKIBBEN
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28